JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JERRY A. CHAVEZ, | No. CV 18-08213-DOC (DFM) |
| Petitioner, | JUDGMENT |
| v. | |
| D. BAUGHMAN, Warden, | |
| Respondent. | |

Pursuant to the Court's Order Summarily Dismissing Petition,

IT IS ADJUDGED that the Petition is denied, and this action dismissed with prejudice.

Dated: October 28, 2018

_____
DAVID O. CARTER
United States District Judge